Daniel C. Cotman (CBN 218315)
dcotman@cotmanip.com
Obi I. Iloputaife (CBN 192271)
obi@cotmanip.com
Jayson S. Sohi (CBN 293176)
jayson@cotmanip.com
COTMAN IP LAW GROUP, PLC
35 Hugus Alley, Suite 210
Pasadena, CA 91103
(626) 405-1413/FAX: (626) 316-7577
*Attorneys for Plaintiff*
*Eloqui Voice Systems, LLC*

Rachael D. Lamkin (246066)
Lamkin IP Defense
100 Pine St., Suite 1250
San Francisco, CA 94111
916.747.6091
RDL@LamkinIPDefense.com
*Attorney for Defendant*
*Nuance Communications, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eloqui Voice Systems, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Nuance Communications, Inc., a Massachusetts corporation, <br><br> Defendant. | Case No. 2:17-cv-00890-JAK-SS <br> Hon. John A. Kronstadt <br><br> **JOINT CLAIM CONSTRUCTIONS AND PREHEARING STATEMENT** <br><br> Hearing Date: November 6, 2017 <br> Hearing Time: 10:00 am <br> Courtroom: 10b |

1
**JOINT CLAIM CONSTRUCTIONS AND PREHEARING STATEMENT**

Plaintiff, Eloqui Voice Systems, LLC ("Plaintiff") and Defendant Nuance Communications, Inc. ("Defendant") (collectively "the Parties"), jointly file this Joint Claim Construction and Prehearing Statement setting forth the Parties' agreed and proposed claim constructions of the terms found in United States Patent No. 6,144,938 ("the '938 Patent), United States Patent No. 6,334,103 ("the '103 Patent") and United States Patent No. 7,058,577 ("the '577 Patent") (collectively "the Patents-in-Suit").

In the course of preparing this Statement, the Parties met and conferred by phone.

**A. Agreed Claim Constructions (S.P.R. 3.4.1)**

The Parties agreed on the following terms:

NONE.

**B. Disputed Claim Constructions (S.P.R. 3.4.2)**

The parties hereby submit the chart attached as **Appendix A** pursuant to S.P.R. 3.4.2.

The Parties expressly reserve the right to amend, correct, or supplement their claim construction positions and supporting evidence in response to any change of position by the other party.

**C. One (1) Most Significant Term to the Case. (S.P.R. 3.4.3)**

The Parties identify the following term as the term most significant to the case:

1. **Personality**

**D. Length of Claim Construction Hearing (S.P.R. 3.4.4)**

The Plaintiff believes that its presentation at the claim construction hearing should not take more than 90 minutes total.

The Defendant believes that its presentation at the claim construction hearing should not take more than 90 minutes total.

**E. Witnesses at Claim Construction Hearing (S.P.R. 3.4.5)**

Plaintiff does not intend to offer any witness testimony at the claim construction hearing. Defendant also does not intend to offer any witness testimony at the claim construction hearing.

DATED: August 28, 2017　　　　　**COTMAN IP LAW GROUP, PLC**

By: */s/ Obi I. Iloputaife*
Daniel C. Cotman
Obi I. Iloputaife
Jayson S. Sohi
*Attorneys for Plaintiff*
*Eloqui Voice Systems, LLC*

DATED: August 28, 2017　　　　　**LAMKIN IP DEFENSE**

By: */s/ Rachael D. Lamkin*
Rachael D. Lamkin
*Attorney for Defendant*
*Nuance Communications, Inc.*

**ATTESTATION**

I, Obi I. Iloputaife, am the CM/ECF user whose ID and password are being used to file this JOINT CLAIM CONSTRUCTIONS AND PREHEARING STATEMENT. In compliance with L.R. 5-4.3.4(a)(2)(i), I hereby attest that Rachael D. Lamkin has concurred in this filing.

/s/ Obi I. Iloputaife         .
Obi I. Iloputaife