**APPENDIX A**
**JOINT CLAIM CONSTRUCTION CHART**

**APPENDIX A**
**JOINT CLAIM CONSTRUCTION CHART**

| No. | Claim No. | Claim Term | Plaintiff's Proposed Construction And Supporting Extrinsic Evidence | Defendants Proposed Construction And Supporting Extrinsic Evidence |
|---|---|---|---|---|
| | | | | |

# APPENDIX A
# JOINT CLAIM CONSTRUCTION CHART

| 1. | U.S. Patent No. 6,144,938 – Claim 43<br><br>U.S. Patent No. 6,334,103 – Claim 105<br><br>U.S. Patent No. 7,058,577 – Claim 1 | personality | "characteristics that simulate the collective character, behavioral, temperamental, emotional, and mental traits of a human being."<br><br>Intrinsic Evidence:<br>'938 Patent, at 3:24-28; 3:31-33; 4:2-6; 4:29-33; 4:40-45; 5:15-21; 10:64-11:1;<br><br>'103 Patent, at 3:28-32; 3:34-37; 4:32-36; 4:44-48; 5:18-23; 11:1-5;<br><br>'577 Patent, at 3:37-41; 43-46; 4:46-50; 4:58-62; 5:33-38; 11:18-22.<br><br>Extrinsic Evidence:<br>American Heritage Dictionary, third edition. (EVS5325-7).<br><br>Well known meaning by one of skill in the arts. | "the totality of spoken language characteristics that simulate the collective character, behavioral, temperamental, emotional, and mental traits of human beings in a way that would be recognized by psychologists and social scientists as consistent and relevant to a particular personality type."<br><br>Intrinsic Evidence:<br>'938, 3:24-30; '938, 3:30-33; '938, 4:28-33, 4:38-45, 5:11-20, 6:18-23, 6:30-33, 8:64-12:26.<br><br>'103, 3:28-36; '577, 3:28-36.<br><br>'938, 4:30-33, and corresponding language in the '103 and '507 patent specifications.<br><br>'103 Patent, Claim 105.<br><br>'103, File Wrapper, April 2, 2001 Response to Office Action, pps. 23-24 (EVS1671);<br><br>'103, File Wrapper, July 16, 2001, Notice of Allowability, p.2, Reasons For Allowance. (EVS1779).<br><br>EVS 2523-24; EVS 1890.<br>U.S. Patent No. 5,860,064<br><br>Extrinsic Evidence: D001119-61. |

**APPENDIX A**
**JOINT CLAIM CONSTRUCTION CHART**