Daniel Cotman (CBN 218315)
dan@cotmanip.com
Obi I. Iloputaife (CBN 192271)
obi@cotmanip.com
Jayson S. Sohi (CBN 293176)
jayson@cotmanip.com
COTMAN IP LAW GROUP, PLC
35 Hugus Alley, Suite 210
Pasadena, California 91103
(626) 405-1413/FAX (626) 316-7577
*Attorneys for Plaintiff*
*Eloqui Voice Systems, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eloqui Voice Systems, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>Nuance Communications, Inc.,<br><br>   Defendant. | Case No. 2:17-cv-00890-JAK-SS<br>Hon. John A. Kronstadt<br><br>**DECLARATION OF CHRIS HENKENS IN SUPPORT OF PLAINTIFF ELOQUI VOICE SYSTEMS, LLC'S SUPPLEMENTAL BRIEF IN OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT**<br><br>Order Setting MSJ Briefing: 01/30/18<br>Plaintiff Response Deadline: 02/13/18<br>Defendant Reply Deadline: 02/27/18 |

DECLARATION OF CHRIS HENKENS IN SUPPORT OF PLAINTIFF'S OPPOSITION

I, Chris Henkens, declare as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth below, and if called upon to testify concerning the same I would be able to competently do so.

2. I make this Declaration in Support of Plaintiff's Supplemental Brief in Opposition to the Motion for Summary Judgment.

3. I am currently the Sr. Manager, Records and Information Management, at Intellectual Ventures Management, Inc. ("IVM").

4. Intellectual Ventures Assets 31 LLC ("IV 31") is an affiliate of IVM.

5. IVM has produced to the parties the documents labeled as **Exhibits 1-120**, which I understand are to be filed under seal in Support of Plaintiff's Supplemental Brief in Opposition to the Motion for Summary Judgment, (collectively the "Documents," listing available at Dkt. No. 90 (Notice and Certificate of Service) at 2-6).

6. In order to locate documents that may confer a right to U.S. Patent Nos. 6,144,938, 6,334,103, and 7,058,577 (the "Patents-In-Suit"), IVM conducted a search of the places where agreements potentially conferring a license or other property right are ordinarily kept.

7. The Documents are true and correct copies of the documents IVM uncovered in that search.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief, the foregoing is true and correct.

Executed this 13 February 2018, at Bellevue, Washington.

*/s/ Chris Henkens*
Chris Henkens

---

1
**DECLARATION OF CHRIS HENKENS IN SUPPORT OF PLAINTIFF'S OPPOSITION**

# CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2018, a true and accurate copy of the above and foregoing **DECLARATION OF CHRIS HENKENS IN SUPPORT OF PLAINTIFF ELOQUI VOICE SYSTEMS, LLC'S SUPPLEMENTAL BRIEF IN OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT** was filed with the Court's CM/ECF system, which provides service to all counsel of record.

/s/Jayson S. Sohi