JS-6



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Eloqui Voice Systems, LLC, a California Limited Liability Company, | Case No.  2:17-cv-00890-JAK-SS |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| Nuance Communications, Inc., a Massachusetts corporation, | |
| Defendant. | |

Judgment of Non-Infringement is entered in favor of Nuance Communications, Inc. All Counts of Eloqui Voice Systems, LLC's Amended Complaint are dismissed with prejudice.

Dated: April 29, 2020      _____
John A. Kronstadt
United States District Judge